# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAEED MOHAMMED SALEH
HATIM, *et al.*,

     *Petitioners,*

     *v.*

BARACK H. OBAMA, *et al.*,

     *Respondents.*

Civil Action No. 05-1429 ~~(RMU)~~ (RCL)

[~~PROPOSED~~]
ORDER ~~*~~

Upon consideration of Petitioner's Unopposed Motion for Status Conference, it is hereby

**ORDERED** that the Motion is **GRANTED**. A Status Conference will be held on _____ May 3, 2013 at 9:30 a.m.

SO ORDERED.

_____
~~RICARDO M. URBINA~~
United States District Judge

Date: 4/18/13

\* Case was reassigned on 4/17/13.